USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 8/6/20

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------- x
:
**FRANCISCO OROZCO,**  :
:
**Plaintiff,**  :
:
-against-  :   1:19-cv-08768-ALC
:
**INTERMILAN EXPRESS, LLC, ET AL,**  :   **ORDER**
:
**Defendants.**  :
:
:
-------------------------------------------------------- x

**ANDREW L. CARTER, JR., United States District Judge:**

The parties should submit a joint status report in this matter by August 20, 2020.

**SO ORDERED.**

**Dated:**  August 6, 2020

 New York, New York                                    **ANDREW L. CARTER, JR.**
                                                       **United States District Judge**