USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: May 5, 2021

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

**FRANCISCO OROZCO,**

                **Plaintiff,**

-against-

**INTERMILAN EXPRESS, LLC ET AL,**

                **Defendant.**

**19-cv-8768 (ALC)**

**ORDER OF DISCONTINUANCE**

**ANDREW L. CARTER, JR., United States District Judge:**

    It having been reported to the Court that this case has been or will be settled, it is hereby ORDERED that the above-captioned action is discontinued without costs and without prejudice to restoring the action to this Court's calendar if the application to restore the action is made within thirty days.

**SO ORDERED.**

Dated:    May 5, 2021
            New York, New York

                                                  **ANDREW L. CARTER, JR.**
                                                **United States District Judge**